IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CT-3122-BO

TELLYS BEST,  )
           Plaintiff,  )
    v.  )    **ORDER**
SGT. EZZELL, et al.,  )
           Defendants.  )

On April 6, 2022, Tellys Best ("Best" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. On August 16, 2022, the court conducted an initial review of the complaint and allowed the action to proceed [D.E. 10]. On December 12, 2022, defendants answered the complaint [D.E. 21]. On December 16, 2022, the court entered a scheduling order providing for a period of discovery and a dispositive motions deadline [D.E. 22]. Discovery concluded on March 16, 2023. See id. The court extended the dispositive motions deadline four times. See [D.E. 25, 27, 29, 31]. On August 23, 2023, counsel for defendants attempted to file a fifth motion for extension of time to file dispositive motions. See [D.E. 32]. However, the motion was not attached to the filing, the first page of the filing was blank, and counsel only filed a proposed order. See id. The clerk entered a notice of deficiency and informed counsel for defendants that the motion should be refiled. Counsel for defendants disregarded the clerk's notice of deficiency and failed to file a correct motion for extension of time. The dispositive motions deadline has now passed without any motions filed.

The court DIRECTS counsel for defendants to show good cause why he has not filed any dispositive motions as permitted by the terms of the court's order. Counsel shall file his response

on or before September 25, 2023. Counsel's failure to timely respond may result in sanctions. The clerk shall email a copy of this order to counsel for defendants, Bryan G. Nichols,[1] and James Trachtman, Special Deputy Attorney General, Section Head, Public Safety Section, North Carolina Department of Justice in addition to serving them through the court's electronic filing system.

SO ORDERED. This 11 day of September, 2023.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge

---

[1] Another court in this district recently noted that attorney Bryan G. Nichols has a "history ... [of] fail[ing] to adhere to the Court's deadlines and [of being] generally nonresponsive[.]" See Case v. Beasley, No. 5:21-CT-3157-D, [D.E. 56] (E.D.N.C. Aug. 17, 2023) (unpublished) (collecting cases).