UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO.: 5:22-CT-03122-BO

| | | |
|---|---|---|
| TELLYS BEST, | ) | |
| | ) | |
| Plaintiff, | ) | RESPONSE TO COURT'S |
| | ) | ORDER [D.E.33] |
| v. | ) | |
| | ) | |
| SGT. EZZELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants James Ezzell, James Roberts and Joe Edwards, ("Moving Defendants") through counsel, responding to the Court's September 11, 2023 Order. In support of this Response, Defendants say:

Procedural History

1. On April 6, 2022, Plaintiff, filed his Complaint alleging claims against Moving Defendants for alleged violations of his Eighth Amendment rights. [D.E. 1]

2. On August 16, 2022, the Court completed its frivolity review allowing Plaintiff's claims to proceed against Moving Defendants. [D.E. 10]

3. On the same day, the Court issued a Request for Waiver of Service for Moving Defendants within sixty (60) days. [D.E. 11]

4. On December 12, 2022, Assistant Attorney General Jaren Kelly filed a Notice of Appearance on behalf of Moving Defendants [D.E. 20]

5. On December 12, 2022, Defendants timely filed their Answer to Plaintiff's Complaint and also raising multiple legal defenses against the claims. [D.E. 21]

6. On December 16, 2022, the Court entered a Scheduling Order, setting the discovery end date as March 16, 2023, and the dispositive motion deadline as April 17, 2023 [D.E. 22]

7. On March 29, 2023, undersigned counsel filed a Notice of Substitution of Counsel pursuant to Local Rule 83.1(g). [D.E. 23]

8. On April 17, 2023, undersigned counsel filed a Motion for Extension of Time to File Dispositive Motions until June 1, 2023, which was granted by the Court. [D.E. 24, 25]

9. On June 1, 2023, undersigned counsel filed a Motion for Extension of Time to File Dispositive Motions until July 6, 2023, which was granted by the Court. [D.E. 26, 27]

10. On July 6, 2023, undersigned counsel filed a Motion for Extension of Time to File Dispositive Motions until July 27, 2023, which was granted by the Court. [D.E. 28, 29]

11. On July 27, 2023, undersigned counsel filed a Motion for Extension of Time to File Dispositive Motions until August 23, which was granted by the Court. [D.E. 30, 31]

12. On August 23, 2023 undersigned counsel filed a Motion for Extension of Time to File Dispositive Motions until September 12, 2023, [D.E. 31]

13. Looking back through emails, the August 23, 2023 motion received a deficiency notice that undersigned counsel did not catch.

14. For this reason, the August 23, 2023 motion for extension of time [D.E. 31] was not granted and an order continuing the matter until September 12, 2023 was never issued.

15. Because an order extending the deadline until September 12, 2023 was never granted, it was not placed on the calendar.

16. On September 11, 2023, the Court issued D.E. 33.

17. Undersigned counsel realizes that the last deadline to file dispositive motions has already passed.

18. Undersigned counsel is truly sorry for the oversight, and it was not intentional.

Respectfully submitted, this 26th day of September, 2023.

JOSHUA H. STEIN
Attorney General

/s/ Bryan G. Nichols
Bryan G. Nichols
Special Deputy Attorney General
N.C. State Bar No. 42008
N.C. Department of Justice
Public Safety Section
P. O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6568
Facsimile: (919) 716-6761
E-Mail: bnichols@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing **Response to the Court's Order [D.E. 33]** with the Clerk of the Court using the CM/ECF

system. I also certify that, on this date, I served a copy of same upon the Plaintiff, a *non* CM/ECF participant via first-class regular United States Mail addressed as follows:

Tellys Best
5501 Black Maple Drive
Raleigh, NC  27616
Plaintiff, *pro se*

DATED: This the 26th day of September 2023.

/s/ Bryan G. Nichols
Bryan G. Nichols
Special Deputy Attorney General