IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CT-3061-BO

| | | |
|---|---|---|
| QUINTON DANTE ENGLISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RICARDO BALLARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NO. 5:22-CT-3122-BO

| | | |
|---|---|---|
| TELLYS BEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SERGEANT EZZELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has set a status conference in these cases for November 2, 2023. The court DIRECTS Special Deputy Attorney General James Trachtman to appear at both status conferences alongside attorney Bryan G. Nichols. The Clerk of Court shall email a copy of this order to Bryan G. Nichols and James Trachtman, Special Deputy Attorney General, Section Head, Public Safety

Section, North Carolina Department of Justice in addition to serving them through the court's electronic filing system.

SO ORDERED, this the ___ day of October, 2023.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge