IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CT-3122-BO

TELLYS BEST,               )
                           )
          Plaintiff,       )
                           )
     v.                    )     **ORDER**
                           )
SGT. EZZELL, et al.,       )
                           )
          Defendants.      )

On April 6, 2022, Tellys Best ("Best" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. On November 2, 2023, defendants filed a motion to dismiss for failure to prosecute [D.E. 40]. On November 10, 2023, defendants filed a motion for summary judgment [D.E. 43]. Pursuant to Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam), the court notified Best about the motion for summary judgment, the consequences of failing to respond, and the response deadline [D.E. 47].

Best did not respond to defendants' motions to dismiss for failure to prosecute and for summary judgment, and the time within which to do so has expired. Accordingly, the court GRANTS defendants' motion to dismiss for failure to prosecute [D.E. 40] and DENIES AS MOOT defendants' motion for summary judgment [D.E. 43]. See Fed. R. Civ. P. 41(b); Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the case.

SO ORDERED. This 15 day of December, 2023.

TERRENCE W. BOYLE
United States District Judge